# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| JAMES DOUGLAS RAHM JR | ) Case: 1:21-mj-00201 |
| DOB: XXXXXX | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 2/4/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| | 18 U.S.C. § 1752(a)(2) - Knowingly and with intent to impede or disrupt the orderly conduct of Government business or official functions, |
| | 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, |
| | 40 U.S.C. § 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Ronald E. Miller , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/04/2021

*Judge's signature*

City and state: Washington, D.C.     G. Michael Harvey, United States Magistrate Judge
*Printed name and title*