UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 21-cr-150 (TFH) |
| | : |
| JAMES DOUGLAS RAHM | : |
| | : |
| Defendant. | : |

## NOTICE OF SUBSTITUTION AND WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney Adam Alexander, hereby informs the Court that he is substituting as the lead attorney replacing Assistant United States Attorney Kimberly Paschall who is withdrawing her appearance in this matter on behalf of the United States.

Respectfully submitted,

CHANNING D. PHILLIPS, DC BAR#415793
ACTING UNITED STATES ATTORNEY

_____/s/_____
ADAM ALEXANDER, AK BAR#1011057
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Capitol Riot Detailee
555 4th Street, NW,
Washington, D.C. 20530
(907) 271-2309
Adam.Alexander@usdoj.gov