IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-cr-150 (TFH)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

# ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of defendant, James Douglas Rahm, Jr., in the above-captioned matter.

                Respectfully submitted,

                /s/ Leigh M. Skipper
                LEIGH M. SKIPPER
                Chief Federal Defender
                Federal Community Defender Office
                 for the Eastern District of Pennsylvania
                601 Walnut Street, Suite 540 West
                Philadelphia, Pennsylvania 19106
                (215) 928-1100

## **CERTIFICATE OF SERVICE**

I, Leigh M. Skipper, Chief Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance upon Adam Alexander, Assistant United States Attorney, by regular mail to his office located at 555 4th Street, NW, Washington, D.C. 20530.

/s/ Leigh M. Skipper
LEIGH M. SKIPPER
Chief Federal Defender

DATE: April 7, 2021