AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00201 |
| --- | --- | --- |
| v. | ) | Assigned to: Judge Harvey, G. Michael |
| JAMES DOUGLAS RAHM JR | ) | Assign Date: 2/4/2021 |
|  | ) | Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |  |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __JAMES DOUGLAS RAHM__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly and with intent to impede or disrupt the orderly conduct of Government business or official functions;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
40 U.S.C. § 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __02/04/2021__

*Issuing officer's signature*

G. Michael Harvey
2021.02.04 17:08:03 -05'00'

City and state: __Washington, D.C.__   G. Michael Harvey, United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* __2/4/2021__, and the person was arrested on *(date)* __2/5/2021__
at *(city and state)* __Philadelphia, PA__.

Date: __2/5/2021__

*Arresting officer's signature*

SA Patrick Mutetele, FBI
*Printed name and title*