**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-cr-150 (TFH)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |
| | : | |
| **Defendant.** | : | |

## O R D E R

    **AND NOW**, this        day of               , 2021, upon

consideration of the Defendant's Unopposed Motion to Modify Conditions of Release; it is

hereby **ORDERED** that Defendant is permitted to communicate with his son but is precluded

from communicating, discussing, or exchanging any and all information relating to the events of

January 6, 2021.  All other previously ordered conditions of release shall remain in effect.

                                    **BY THE COURT:**

                                    _____

                                    **THE HONORABLE THOMAS F. HOGAN
United States District Court Judge**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-cr-150 (TFH)** |
| | : | |
| JAMES DOUGLAS RAHM, JR. | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant, James Douglas Rahm, Jr., by and through his attorney, Leigh M. Skipper, Chief Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, respectfully requests that his conditions of release be modified.  In support thereof, it is averred:

1.      On April 14, 2021, this Court heard the position of the parties at the arraignment proceeding and orally granted defendant's request to modify the current conditions of release relating to communication with his son, James Douglas Rahm, III, a defendant also charged in connection with the events at the United States Capitol on January 6, 2021.

2.      Specifically, this Court granted defendant permission to communicate with his son but precluded him from communicating, discussing, or exchanging any and all information relating to the events of January 6, 2021.

3.      All other previously imposed conditions of release remain in effect.

4.      Assistant United States Attorney Adam Alexander does not object to the granting of this request subject to the proscribed conditions.

**WHEREFORE**, the defense respectfully requests Your Honor to order that Mr. Rahm's conditions of release be amended to permit him to communicate with his son with the exception that he is precluded him from communicating, discussing, or exchanging any and all information relating to the events of January 6, 2021.  All other previously ordered conditions of release shall remain in effect.

Respectfully Submitted,


/s/ Leigh M. Skipper
LEIGH M. SKIPPER
Chief Federal Defender

## <u>CERTIFICATE OF SERVICE</u>

I, Leigh M. Skipper, Chief Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the Defendant's Unopposed Motion to Modify Conditions of Release upon Adam Alexander, Assistant United States Attorney, by delivery to his office located at 555 4th Street, NW, Washington, D.C. 20530.

/s/ Leigh M. Skipper
LEIGH M. SKIPPER
Chief Federal Defender

DATE:  April 14, 2021