## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Case No.: 21-CR-150 (TFH)** |
| **JAMES DOUGLAS RAHM, JR.,** : | |
| : | |
| **Defendant.** : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Douglas Collyer. AUSA Douglas Collyer will be substituting for AUSA Adam Alexander.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. BAR NO. 415793

By:   /s/ Douglas G. Collyer
DOUGLAS G. COLLYER
NY Bar No. 519096
Assistant United States Attorney
District of Columbia Detailee
14 Durkee Street, Suite 340
Plattsburgh, New York 12901
Telephone No. (518) 314-7818
Douglas.Collyer@usdoj.gov

## CERTIFICATE OF SERVICE

On this 14th day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

  /s/ Douglas Collyer
DOUGLAS COLLYER
Assistant United States Attorney