**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-cr-150 (TFH)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.,** | : | |
| | : | |
| **Defendant.** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of defendant, James Douglas Rahm, Jr., in the above-captioned matter.

Respectfully submitted,

/s/ Anna Kessler
ANNA KESSLER
Research & Writing Attorney
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, Pennsylvania 19106
(215) 928-1100

## **CERTIFICATE OF SERVICE**

I, Anna Kessler, Research & Writing Attorney, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically filed and served a copy of the attached Entry of Appearance upon Douglas G. Collyer, Assistant United States Attorney, by regular mail to his office located at 14 Durkee Street, Suite 340, Plattsburgh, New York 12901.

/s/ Anna Kessler
ANNA KESSLER
Research & Writing Attorney

DATE:  May 20, 2022