**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-150** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |

### DEFENDANT'S NOTICE OF PUBLIC AUTHORITY DEFENSE

Defendant James Douglas Rahm Jr., through undersigned counsel and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of the alleged offenses.

Mr. Rahm submits that, on or about January 6, 2021, he was directed to engage in the conduct set forth in the indictment by Donald J. Trump. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

Respectfully submitted,


/s/ Leigh M. Skipper
LEIGH M. SKIPPER
Chief Federal Defender


*/s/ Anna Kessler*
ANNA KESSLER
Research & Writing Attorney

## <u>CERTIFICATE OF SERVICE</u>

I, Leigh M. Skipper, Chief Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have served a copy of Defendant's Notice of Public Authority Defense, by electronic case filing and/or hand delivery, upon Douglas G. Collyer, Assistant United States Attorney, Gateway Building, 14 Durkee Street, Room 340, Plattsburgh, New York 12901.


*/s/ Leigh M. Skipper*
LEIGH M. SKIPPER
Chief Federal Defender

DATE:  June 13, 2022