IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-0150 (TFH)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |
| | : | |
| **Defendant.** | : | |

# O R D E R

**AND NOW**, this _____ day of _____, 2022, upon consideration of Defense Counsel's Motion for Court Appointment Pursuant to the Criminal Justice Act, it is hereby **ORDERED** that said motion is **GRANTED**. Accordingly, Leigh M. Skipper is appointed pursuant to the Criminal Justice Act of the United States District Court for the District of Columbia to continue his representation of Defendant James Douglas Rahm, Jr. The Clerk of Court shall note Mr. Skipper's new mailing address and email:

Duane Morris LLP
30 S. 17th Street
Philadelphia, Pennsylvania 19103
LMSkipper@duanemorris.com

        **BY THE COURT:**

_____
**THE HONORABLE THOMAS F. HOGAN**
**Senior United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-0150 (TFH)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |
| | : | |
| **Defendant.** | : | |

### DEFENSE COUNSEL'S MOTION FOR COURT APPOINTMENT
### PURSUANT TO THE CRIMINAL JUSTICE ACT

Defendant, James Douglas Rahm, Jr., by and through his attorney, Leigh M. Skipper, Esquire, respectfully requests that the Court appoint him pursuant to the Criminal Justice Act of the United States District Court for the District of Columbia to continue his representation of Defendant James Douglas Rahm, Jr.  In support thereof, it is averred:

1. The Federal Public Defender Office for the District of Columbia was appointed to represent Mr. Rahm in the above captioned action on February 24, 2021.

2. In response to the numerous cases prosecuted from the events of Jan 6, 2021, the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO) accepted out-of-district appointments to assist the Federal Public Defender Office for the District of Columbia.

3. The FCDO was appointed in the instant matter and the case was assigned to then Chief Federal Defender Leigh M. Skipper on April 7, 2021.

4. Mr. Skipper has continuously reviewed, prepared, and engaged in the representation of Mr. Rahm since he was assigned the case on April 7, 2021.

5. The FCDO has utilized considerable resources and engaged in extensive investigation and client communication during its representation of Mr. Rahm.

6. A trusting attorney-client relationship has developed.

7. Effective June 17, 2022, counsel left the employ of the FCDO.

8. The continuity of representation would be disrupted if new counsel were to be assigned. Additionally, defense counsel has already familiarized himself with the considerable discovery in the case, and reviewed and filed the necessary pretrial motions.

9. Since the FCDO has invested considerable time, effort, and resources in the defense of the case, it should remain as co-counsel in this matter.

**WHEREFORE**, for the above-stated reasons, the undersigned respectfully moves this Court for appointment pursuant to the Criminal Justice Act of the United States District Court for the District of Columbia and to allow the FCDO to continue with the joint representation of Mr. Rahm.

Respectfully Submitted,

/s/ Leigh M. Skipper
LEIGH M. SKIPPER

## **CERTIFICATE OF SERVICE**

    I, Leigh M. Skipper, Esquire, hereby certify that I have electronically filed and served a copy of the Defense Counsel's Motion for Court Appointment Pursuant to the Criminal Justice Act upon Douglas G. Collyer, Assistant United States Attorney, Gateway Building, 14 Durkee Street, Room 340, Plattsburgh, New York 12901.

                                                /s/ Leigh M. Skipper
                                                LEIGH M. SKIPPER

DATE:  July 5, 2022