IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-0150 (TFH)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

Upon consideration of Defense Counsel's Motion for Court Appointment Pursuant to the Criminal Justice Act, it is hereby **ORDERED** that said motion is **GRANTED**. Accordingly, Leigh M. Skipper is appointed pursuant to the Criminal Justice Act of the United States District Court for the District of Columbia to continue his representation of Defendant James Douglas Rahm, Jr. The Clerk of Court shall note Mr. Skipper's new mailing address and email:

Duane Morris LLP
30 S. 17th Street
Philadelphia, Pennsylvania 19103
LMSkipper@duanemorris.com

BY THE COURT:

Dated: July 7, 2022

_____
**THE HONORABLE THOMAS F. HOGAN**
**Senior United States District Judge**