## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES DOUGLAS RAHM, JR.,<br><br>                  Defendant. | Criminal Action No. 21-cr-150 (TFH) |

### ORDER

Having considered Defendant's Motion *in Limine* to Bar Inflammatory and Irrelevant Language [ECF No. 35], Defendant's Motion *in Limine* to Exclude Facebook Post [ECF No. 37], Defendant's Motion to Dismiss Count One of the Superseding Indictment [ECF No. 40], the Government's Oppositions thereto [ECF Nos. 38 & 43], and the oral arguments of counsel, and for the reasons stated in the bench opinion on the public record during the August 15, 2022 ZOOM hearing, it is hereby:

**ORDERED** that Defendant's Motion *in Limine* to Bar Inflammatory and Irrelevant Language [ECF No. 35] and Defendant's Motion *in Limine* to Exclude Facebook Post [ECF No. 37] are **DENIED WITHOUT PREJUDICE**.

**ORDERED** that Defendant's Motion to Dismiss Count One of the Superseding Indictment [ECF No. 40] is **DENIED**.

**SO ORDERED**.

August 16, 2022

                                                    Thomas F. Hogan
                                                    SENIOR UNITED STATES DISTRICT JUDGE