UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-150 (TFH) |
| : | |
| JAMES DOUGLAS RAHM, JR., : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT AND MOTION TO SCHEDULE STIPULATED TRIAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Leigh Skipper, counsel for James Douglas Rahm, Jr. ("the defendant"), hereby submit the following Joint Status Report.  The parties also respectfully move the Court to schedule a stipulated trial and to exclude the intervening time under the Speedy Trial Act.  In support of the Motion, the parties represent:

1. The defendant is before the Court charged in an indictment with: Obstruction of an Official Proceeding, in violation of Title 18, United States Code, §§ 1512(c)(2) and 2; Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(G) (ECF No. 26).

2. The parties are in agreement in proceeding with a stipulated trial.  Documents have been fully executed and submitted to the Court.

3. The parties believe it is in the interest of justice to toll the Speedy Trial Act until the stipulated trial. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G).

4. Therefore, the parties request the Court scheduled a stipulated trial, which the parties anticipate will take approximately 60 minutes to complete, and that there is an exclusion of time under the Speedy Trial Act through the schedule stipulated trial. The parties respectfully submit the date of October 13, 2022 as mutually agreeable for the stipulated trial.

5. The defendant is out of custody.

6. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/
Douglas G. Collyer
Assistant United States Attorney
Capitol Riot Detailee
NDNY Bar No.: 519096
14 Durkee Street, Suite 340
Plattsburgh, NY 12901
(518) 314-7800
Douglas.Collyer@usdoj.gov

/s/
Leigh Skipper, Esq.
Counsel for James Douglas Rahm, Jr.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1157
LMSkipper@duanemorris.com