# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-150 (TFH) |
| : | |
| **JAMES DOUGLAS RAHM, JR.,** : | |
| **Defendant.** : | |
| : | |

## ORDER

Based upon the representations in the Joint Motion to Schedule and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that a stipulated trial is scheduled on October 13, 2022 at 2:00 pm; and it is further

**ORDERED** that the time between the date of this order and October 13, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the time to conduct a stipulated trial.

_____

THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE