**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-cr-150 (TFH)** |
| v. | : | |
| | : | |
| **JAMES DOUGLAS RAHM, JR.,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING OF ITEMS INCOMPATIBLE WITH CM/ECF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, in accordance with Local Rule 49(e)(1), hereby files this supplemental notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are two digital videos and eleven photos that are exhibits one through thirteen, which were included in the Stipulated Trial Statement of Facts and will be moved into evidence by the government at the time of the stipulated trial. The government has no objection to the public release of these exhibits. The government has made the following exhibits available to the Court electronically:

| Exhibit No. | File Name | Source | Time | Length |
|---|---|---|---|---|
| 1 | Rahm Jr. stip trial exhibit 1.jpg | Defendant's Facebook | --- | --- |
| 2 | Rahm Jr. stip trial exhibit 2.mp4 | Defendant's phone | Approx. 2:30 pm | 16 second video |
| 3 | Rahm Jr. stip trial exhibit 3.png | Capitol Surveillance Video | 2:43 pm | --- |
| 4 | Rahm Jr. stip trial exhibit 4.mov | Witness | Approx. 2:43-2:44 pm | 28 second video |
| 5 | Rahm Jr. stip trial exhibit 5.png | Capitol Surveillance Video | 2:43 pm | --- |
| 6 | Rahm Jr. stip trial exhibit 6.png | Capitol Surveillance Video | 2:44 pm | --- |

2

| 7 | Rahm Jr. stip trial exhibit 7.png | Capitol Surveillance Video | 2:44 pm | --- |
|---|---|---|---|---|
| 8 | Rahm Jr. stip trial exhibit 8.png | Capitol Surveillance Video | 2:46 pm | --- |
| 9 | Rahm Jr. stip trial exhibit 9.png | Capitol Surveillance Video | 2:51 pm | --- |
| 10 | Rahm Jr. stip trial exhibit 10.png | Capitol Surveillance Video | 2:53 pm | --- |
| 11 | Rahm Jr. stip trial exhibit 11.jpg | Defendant's Facebook | --- | --- |
| 12 | Rahm Jr. stip trial exhibit 12.PNG | Defendant's Facebook | --- | --- |
| 13 | Rahm Jr. stip trial exhibit 13.jpg | Defendant's Facebook | --- | --- |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052


*By:*   */s/*
Douglas Collyer
N.D.N.Y Bar No. 519096
Jacqueline Schesnol
Arizona Bar No. 016742
Assistant United States Attorneys
United States Attorney's Office
Detailees
601 D Street, N.W.
Washington, DC 20530
Phone: (602) 514-7500
E-mail:
douglas.collyer@usdoj.gov
jacqueline.schesnol@usdoj.gov