# Exhibit B

Dear Judge Hogan,

My name is Christopher Anil, I am a friend of both JD Rahm & Doug Rahm. I met JD in college, when I decided to take a leap and move from New York to Philadelphia and attend LaSalle University. I may have not obtained a degree, but I got something better than that; friendships and connections, to of which I maintain to this very day. I met JD within 2 months of me settling into college, he's been a guide in some many aspects, almost like a big brother. Even after I dropped out, we still managed to keep contact and hang out. A few years after I came home from the Army and found some dead-end jobs, I ran into JD again in Center City, Philadelphia working for his father's construction company. In 10 mins of conversation with JD & Doug, he had offered me a job as a laborer, which was the start of a new chapter in my life. Working for Doug has opened a flood gate of connections and has bettered my life ever since. From the vast amounts of connections in the construction side of Philly, I've learned a great deal for myself. He has been like a father to me, from the countless amounts of help to the variety of projects and lessons he's instilled in me. Doug has and always wanted the best out of people, he is driven, **hard working** man whose main goal is to provide for his family and those around him. He has and still helps me to this day with any questions I have regarding a job and has also gotten me painting jobs, has recommended me to clients and friends for painting jobs. With everything I've learned from him, I've been able to achieve lots of great things in Philadelphia. Doug is a good man with honest intentions and a pure heart.

**GARY DAVIDSON JR**



**RE: James Douglas Rahm**

Dear Honorable Judge Hogan

I am the nephew of Mr. Rahm. Thank you in advance for taking the time to read this. I would like to take a minute and share some thoughts with you. James is My Uncle, and he has made a positive impact on my life, my entire life. He has given me the ability to do things, otherwise I would not have had the opportunity. Now I am 36. I grew up being raised by My Single Father, who has since passed away, My Uncle Doug and his wife Kelly (which is my blood relative). It was not easy for them with me growing up considering I have Cerebral Palsy, which can cause a lot of mental and physical strain on families. However, whenever I needed to get to a doctor, physical therapy, something for school or my personal life, He is ALWAYS there to provide whatever I need. The quality of my life has and will continue to be better because Mr. Rahm is in it. Sometimes an error in judgement that takes one second affects not only the person who has done it but everyone around them. We all certainly make mistakes in this life, that goes for me as well. We are human. I can tell you from my experience with Mr. Rahm, He is a good man. The quality of my life has been enhanced greatly, simply again just because of his presence. I hope this has provided somewhat of a window into the big picture of this mans character aside from a single act. Once again, thank you for reading this.


Sincerely
Gary Davidson

**From:** ▮▮▮▮▮▮▮▮▮▮
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Doug Rahm
**Date:** Thu, Dec 15, 2022 11:54 pm

The Honorable Judge Hogan,

Sending a note regarding Doug Rahm. I've had the pleasure of knowing Doug for the last 20 years. My Mom and his Dad were married and our family grew!! We've spent summers at the beach with the entire family and Doug was always there with his boys. Doug is very loving and giving no matter what the needs are. He's helped his community grow, his boys receive the best private school education and although he's divorced, has continued to support his ex-wife. It says a lot about a man's character to 100% support his ex-wife because it was in the best interest of his boys! Doug is a loving father, step-brother and patriot. I truly appreciate the considerations provided!!

Blessings,
Susan Faske

▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮

"Fear is a reaction, courage is a decision"
Winston Churchill

Dear Whom Ever This May Concern,

My name is Adil El Kiram owner and operator of ▉▉▉ ▉▉▉▉▉▉▉▉ I'm a resident of ▉▉▉▉ ▉▉▉▉▉▉, a naturalized citizen of the United States as of 2021.

I met Mr. Douglas Rahm, in April of 2011, answering an employment ad via craigslist. After interviewing with him and showing my credentials, I was hired as a mason for his diverse construction company.

In 2013, I was expecting my first child. I gave Doug, the proper two weeks notice and informed him that I would be starting my own business.

I must say, that chasing the American dream wasn't as easy as I though it would be. I did land a couple of side jobs and some big projects.

It was after my daughter was born that I had reached out to Doug asking for help.

Without malicious or prejudice he reached out to one of clients and told them that he couldn't put them on the books for this season but he knew a guy ( me). Since that introduction in 2014, I work with this client yearly.

When I need a second opinion on a job or need machinery/tools he is there lending a helping hand.

As a Muslim man whom practices his faith on a daily basis from fasting during Ramadan, and praying five times a day. I never have experienced discrimination from Doug.

Doug, always wanted to know more about Islam to debunk the negative views shown by the media or what people perceived Islam to be. However, he found the religion and Moroccan people beautiful.

Doug, is a hard working family man who sees and wants the best for people.

Respectfully Submitted,
   Adil El Kiram

*Portia V. Manders*



January 9, 2023

Re: Douglas Rahm

Honorable Judge Hogan

Dear Judge Hogan,

I have known Douglas "Doug" Rahm for over 15 years. Doug has been nothing but pleasant when in my presents. He stops by my office when in my bldg., and we have these long conversations.
He has never said anything negative about anything during these conversations. We sometimes we touch the subject of politics and he never expressed anything negative.
I can honestly say I do not know the Douglas Rahm that entered the United States Capital on January 6, 2022. When asked what made him do such a stupid act, he told me he got caught up in the hype.
I'm sure he will think twice before taking part of another stupid adventure such as January 6, 2022.
In closing I ask that will take into consideration what I have written in this letter,

Sincerely,
Portia V. Manders

November 15, 2022

To the Honorable Judge Hogan,

   James Douglas Rahm Jr., aka Doug, and I have known each other since kindergarten.  We attended the same schools through high school.  Also, our families had summer houses across the waterway from each other.

  Doug was always kind and very funny.  He always let me join in the "boy" fun since I was a tomboy and still am. He grew into a responsible man running a multimillion dollar business and employing many people throughout the years.  He raised a family of sons and that's no easy fete! He still is a kind and very funny man. It is NOT in Doug's nature to have premeditated thoughts of dangerous or malicious acts toward others.  I believe in my heart Doug was caught up in the hype of the events happening around him at the rally.  We all know how divided this country has become.

   Please put Doug on probation ONLY.  Return him to society where he is an asset, not a liability.  I believe he learned a hard life lesson, one in which he will share with his sons and future grandchildren.


   Respectfully,

   Lisa M. Naplacic

Hon. Judge Hogan,

I am composing this letter with a heavy heart. It's my understanding that you will be presiding over the sentencing of James Douglas Rahm, or Doug as I've known him. Doug has been a dear friend going on three decades now. I am also in the trades, and have worked alongside Doug on many jobs, in his infancy as a contractor. I recall when he just started a family, and converted a used bread truck to a power-wash business. The man was tireless, working 90 hour weeks, always without complaint. I've never heard him speak ill of anyone, when there were plenty of chances. Over the decades I have admired his business acumen, and looked to him as somewhat of a role model in that regard. The man was generous to a fault, and I am proud to label him a friend. To be clear, I am NOT a supporter of Donald Trump, as I find the man reprehensible, and his time in office a blemish on this country. As friends on Facebook, I gradually became aware of his allegiance to him, and a year into the Presidency I announced that anyone supporting this monster, kindly unfriend me, to which Doug obliged, along with most of my immediate family. Doug drank the kool-aid, along with millions of other working class Americans. Even though we were unfriended, Doug remained in my thoughts. There is absolutely no excuse for his action on January 6. I firmly believe that he, along with MANY others were following the guidance of Trump on that fateful day, and rallied behind a man that was believed represented the common blue-collar working individual, as Doug has spoken to me recently was a complete dupe, and he is ashamed. Doug did not show up with face paint and a viking helmet. He did not enter the building with the intent of causing damage, or removing souvenirs. With his SON, he entered the building alongside a frenzied mob, and that 10 minute lapse of judgement has now cost him his entire livelihood, and the small, yet profitable empire he worked diligently to achieve. I firmly believe that this in itself is fitting punishment, and anything further would be adding insult to injury. Doug is a kind, considerate man, always quick with a smile and a laugh, even when life has stepped on him. To incarcerate him, while the real perpetrator lounges on a golf course in luxury, would be a travesty of justice. Doug is not the poster boy, or a fitting example to be made regarding that horrible event. He is a small pawn in a MUCH larger chess game, and has suffered tremendously over this past year.

Living in hope that your heart is somewhat lightened by this letter.

Sincerely, with respect.

Steven A. Ostapowicz

To The Honorable Judge Hogan,

The accused Douglas Rahm is my older brother by 6 years and since childhood. He was always kind to me, quick with a joke, and always leaning towards fun and laughter. He raised 3 amazing young men and does his best to always do the right thing for them. Although Doug lived and worked in Philadelphia he was always driving to Atlantic City to see his boys. Long story short, he is a wonderful father and great provider for his family's financial needs, without fault.

I guess Doug having a lonely life of being up at dawn and working into the night to support his family left him feeling empty inside resulting in his focus and belief in Trump. Since Trump's election Doug got caught up in the whole drama that unfolded and what most bothered him was the medias bias towards Trump and the censorship on Twitter. I truly think Doug thought he was being patriotic. And really we all have to admit the media bias was obvious to all. Doug took this harder than most, getting totally wrapped up in the conspiracy.

I know now how much he truly regrets his actions. His construction business of 25+ years has been destroyed due to the media exposure around this incident. As his sole source of income, he now hauls trash from construction sites. I do believe Doug to be a good and kind person I hope you will take his hard life into consideration. I know in my heart if he gets a second chance, he will stay away from all this political nonsense.

Sincerely,
David Rahm

From:
To:
Subject: Letter
Date: Thu, Dec 15, 2022 8:54 am

Sent from Mail for Windows

To the Honorable Judge Hogan,

Doug Rahm is my son. He is a good man who has always stepped up to care for his friends and family. I am 90 years old now so I believe I am the best position to know who this man is. Please do not judge him and ruin his life for one bad decision that did not end in harm to another human being. He has always stood up for people who could not help themselves and that shows the true colors of a man. Many people depend upon him and will be spiritually and financially hurt by his incarcaration.

Thank you for your time and understanding.

James D. Rahm, Sr.

If you have any questions please call me at

Dear Judge Hogan,

      My name is Joshua Rahm and I am the son of James Douglas Rahm. My father is amazing he's always tried to be there for me and my brothers through thick and thin. He's always supported us and provided a roof over my head, and he's always shown me that he loves and cares about me. My dad still has so much to teach me, and I have so much to learn. Since I was a little boy even though my parents weren't together anymore, he stepped in and still provided me with a loving and caring father who just wanted to give me the world and always made sure I knew that. My father is a very outspoken person and sometimes doesn't watch what he says but I still respect him for always wearing his heart on his sleeve. He's shown me what a man is supposed to be even when he made mistakes, he showed me how to be a better person. I'm only 21 years old I don't want to see my father in jail when he's been such a kind and loving person all my life.

Thank you for your time and reading this letter,

Respectfully,
Joshua M. Rahm

To The Honorable Judge Hogan,

 My name is Kelly Rahm. I am the ex-wife of James Rahm have known him for close to 40 years. We got divorced in 2009 but remained very good friends over the years. I met Doug when I was 19 years old and taking care of my handicapped newborn nephew. I met him as a friend and found that his compassion for people was something I was attracted to right away. We soon became boyfriend and girlfriend and remained together for 25 years. We have three boys together that we raised as catholic young men. It was in his interest to make sure that his children had a catholic education because we are a God loving family and wanted the best education for our children, which promoted him to work day and night. Doug spent every waking hour making sure the people around him were always taken care of. Doug has always been a very loyal person and his friendships reflect this as he has kept some of the same friends since kindergarten and high school.

 Doug is not perfect, and he has made many mistakes, as we all have. This has been one of the worst times of our families lives and we are suffering greatly because of his actions, and he is forever remorseful for that. No one will ever know the shame that he carries.

 I believe that on Jan 6 he was overcome by love for his country, not knowing what was ahead of him. It is in my opinion that not only myself and my child, but others would suffer greatly without him being in our lives for an extended period of time. Please take into consideration all of my words today and I thank you greatly for your time reading this.

 Sincerely,

 Kelly Rahm

**Loraine Rahm**



November 22, 2022

Honorable Judge Hogan

I am James Douglas Rahm Jr's Mothers

I am extremely upset over my son's involvement on Jan 6th.

I'd like you to know a little about him and hope you have a minute to read this.

My Son has always been a very, caring, kind, giving and sensitive soul.  He has always done whatever he could to help others, putting their needs before his own.

He has been the sole provider for Kelly Rahm and their 3 Children, and they are still dependent on him.

To provide for this entire family, he works harder than anyone I know.  His day begins very early in the morning and is usually dirty and difficult.  Almost every night he will drive 60 mile each way, to spend the little remaining time in the day with his children.  He sent his 3 boys to a private Catholic school, even though it was a financial burden.
 He was there for almost every childhood sports activity, school activity, etc.  He is a devoted Father!

My Son has contributed greatly to the community, using his equipment and abilities to help the underprivileged, sick, and elderly with construction and repairs that they could not afford.
 He was awarded for his community services by Anna Verna who was the zoning commissioner for the City of Phila.

He devoted his young life to caring for his wife's nephew, Gary Davidson, who was born with Cerebral palsy and seriously disabled. Gary's Mother and Father were both drug addicted and abandoned Gary when he was born. My Son and his then girlfriend (who became his wife) took Gary in and cared for him as their own. They loved him and gave him a life he would never have had. Years later the Child reunited with his mother, however, my son is still very much involved in Gary's life.

My Son has many friends. He is looked up to and respected.

He attended church regularly as a child and has good values.

He made a mistake following the crowd into the Capital. No one knows this better than he does. He regrets it every minute of the day. He obviously never stopped to consider just how wrong it was.

This has caused him the loose of his business, many friends and has put considerable strain on the entire family, both emotionally and financially.

The pending charges have already affected his earning ability. Given the charges, many opportunities have passed him by. He has had to give up so much of what he worked so hard to obtain. He is older and his health has been affected. Starting over will be difficult especially if he is labeled a Felon.

He is entirely remorseful and knows just how wrong it was to enter the Capital.

Thank you for reading this. I hope and pray that the Court will be lenient.

Please call me with any questions.

Respectfully
Loraine Rahm

Dear Honorable Judge Hogan,

My father has always been a good dad. He instilled hard work ethic when I was young and taught me how to be a man. Although my parents are divorced, he was always there for me emotionally and financially to make sure I was okay. My dad has always made sure to help me with anything I need whether that was helping me fix my car or teaching me valuable trade skills. I pursued my own career path because of the interests he led me to explore. Without my dad around, I would be a completely different person, and without his guidance, I would be lost. I've asked my dad about what happened and he says he regrets it and he sounds remorseful, I believe he was following the crowd and I would be eternally grateful if you were to take this into consideration. Thank you for your time,

Sincerely,

Matthew Rahm



December 2, 2022

Dear Judge,

My name is Alex Schwartz and I have been a commercial real estate entrepreneur in Center City Philadelphia for over 20 years. I am writing to you on behalf of Doug Rahm and the character traits which I have witnessed over the years. I was introduced to him during the early stages of my business ventures. He is a licensed rigging contractor who specialized in hanging scaffolds from high rise buildings to waterproof and paint the outside walls. He distinguished himself as someone who was responsible, reliable and trustworthy. Over the span of our relationship, we have worked together regularly on many projects of varying sizes and scopes. I am always confident that his assignments will be handled with the utmost professionalism.

In my opinion, Doug has always been considerate and compassionate towards others. When I first learned of his arrest, I was shocked and in disbelief. These actions were extremely out of character for him. I have spoken with him since the beginning of the ordeal and I can see a clear sense of remorse and regret for his ill thought action on January 6, 2021.

I hope that you will take into consideration the extreme regret that Mr. Rahm has shown and feels, and his wish to return to society as a law abiding and contributing citizen.

Sincerely,

Alex Schwartz
President

**From:**
**To:**
**Subject:** Letter of Support
**Date:** Thu, Dec 15, 2022 9:06 am

To the Honorable Judge Hogan

Thank you in advance for taking the time to read this letter. I have known Doug Rahm for 22 years and know him to be an upstanding and honorable man. He has employed hundreds of people and treated them more than fairly which in turn allowed them to care for their families. He has provided for his own family through years of hard work and commitment. Many times he could have given up and taken the easy way out but he did not; he stood firm and was counted. His personal penalty for the January 6th behavior has been great, his company business has been ruined, some family and friends no longer associate with him and he now grovels for what little income he can secure to support his family. Yes you can make his life worse but honestly the worst has already been inflicted on him by his own making. Since he is a stand up man he accepts full responsibility for his situation. I hope you will consider this when you sentence him.

Sincerely,

Linda A. Small

Sent from Mail for Windows

## *Michael A. Torres*



11/28/22

To Whom It May Concern:

I've known James Douglas Rahm since my first year of grammar school when we joined Boy Scouts. His father was our Den Leader and my mother was our Den Mother.

We've stayed friends all these years, even taking family vacations together when our children were small. He is the type of person that has a truly good heart, if ever I needed a hand, Doug would be there to help.

Two things that Doug has always been passionate about are his family and his country. He would do anything for both.

I hope this letter will give you an idea of his good character and help him get a second chance to prove his worthiness to his family and country.


Sincerely,


Michael Torres

**From:**
**To:**
**Subject:** Letter
**Date:** Sun, Dec 18, 2022 9:57 am

Dear Honorable Judge Hogan,
When I first met Doug,it was on a bike trip with a group of ten guys.I didn't know anyone.Doug was the only Guy out of ten that Welcomed me into the group beyond just saying Hello.he asked if I needed a roommate.I said sure.Doug is the guy who makes you feel welcome.told me tricks about riding & just some great stories about his trips in the past.we were roomies on all trips after that.it's not his character to get into trouble.I feel he was at the wrong place at the wrong time.he's a great guy.          Sincerely.  AL

Sent from my iPhone