# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : Case No. 21-cr-150 (TFH) |
| **JAMES DOUGLAS RAHM, JR.,** | : |
| Defendant. | : |

## MOTION TO DISMISS INITIAL INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully move the Court to dismiss the initial indictment filed in this case.

The defendant was charged by way of indictment on February 24, 2021. (ECF No. 6.) The grand jury returned a superseding indictment on November 10, 2021. (ECF No. 26.) The parties entered a stipulated bench trial on October 13, 2022, at which time the Court found the defendant guilty on all counts of the superseding indictment. The Court sentenced the defendant on January 18, 2023.

//

//

//

//

//

//

//

The government moves to dismiss the initial indictment.  (ECF No. 6.)  The defense has no objection.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:     /s/
Douglas Collyer
N.D.N.Y Bar No. 519096
Jacqueline Schesnol
Arizona Bar No. 016742
Assistant United States Attorneys
United States Attorney's Office Detailees
601 D Street, N.W.
Washington, DC 20530
Phone: (602) 514-7500
E-mail:
douglas.collyer@usdoj.gov
jacqueline.schesnol@usdoj.gov