UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-150 (TFH) |
| : | |
| JAMES DOUGLAS RAHM, JR., : | |
| Defendant. : | |
| : | |

**ORDER**

Based upon the representations in the Motion to Dismiss Initial Indictment, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the initial indictment (ECF No. 6) is **DISMISSED**.

_____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE

January 23, 2023