IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-150** |
| | : | |
| v. | : | |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |

## ENTRY OF APPEARANCE

I hereby enter my appearance on behalf of the defendant, James Douglas Rahm, Jr., in the above-captioned matter.

                        Respectfully submitted,

                        /s/ *Brett G. Sweitzer*
                        BRETT G. SWEITZER
                        Assistant Federal Defender
                        Chief of Appeals
                        Federal Community Defender Office
                         for the Eastern District of Pennsylvania
                        601 Walnut Street, Suite 540 West
                        Philadelphia, PA 19106
                        (215) 928-1100

**CERTIFICATE OF SERVICE**

      I, Brett G. Sweitzer, Assistant Federal Defender, Chief of Appeals, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I caused a copy of the foregoing to be filed electronically via the Eastern District Clerk's Office Electronic Case Filing System and served upon all counsel of record, via this Court's ECF filing system.

                                                /s/ *Brett G. Sweitzer*
                                                BRETT G. SWEITZER
                                                Assistant Federal Defender
                                                Chief of Appeals

Date: February 14, 2023