## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                      :
           v.              :       **CRIMINAL NUMBER 21-cr-150 (TFH)**
                      :
JAMES DOUGLAS RAHM, JR.     :
                      :
          Defendant.     :

## <u>O R D E R</u>

**AND NOW**, this ____ day of February, 2023, upon consideration of the Defendant's motion for bail pending appeal and the government's response thereto, it is hereby **ORDERED** that Defendant shall be released pending appeal and on the conditions of release previously imposed.

BY THE COURT:

_____
**THE HONORABLE THOMAS F. HOGAN**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 21-cr-150 (TFH)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |
| | : | |
| **Defendant.** | : | |

### DEFENDANT'S EMERGENCY MOTION FOR RELEASE PENDING APPEAL

Pursuant to 18 U.S.C. § 3143(b) and Fed. R. Crim. P. 46(c), defendant James Douglas Rahm, Jr. respectfully moves for release pending appeal on the conditions of release previously imposed or on additional conditions as the Court may see fit. Release should be granted for the reasons set forth in the accompanying memorandum of law. As Mr. Rahm is currently scheduled to self-surrender for service of his custodial sentence on February 22, 2023, he respectfully requests expedited treatment of this motion.

Respectfully submitted,

/s/ *Anna Kessler*
ANNA KESSLER
Research & Writing Attorney
Federal Community Defender Office
 for the Eastern District of Pennsylvania
601 Walnut Street, Suite 540 West
Philadelphia, PA  19106
(215) 928-1100

## **CERTIFICATE OF SERVICE**

I, Anna Kessler, hereby certify that I have electronically filed and served a copy of

Defendant's Motion for Release Pending Appeal upon Douglas Collyer, Assistant United States

Attorney, and Jacqueline Schesnol, Assistant United States Attorney via this Court's ECF filing

system.

/s/ *Anna Kessler*
ANNA KESSLER
Research & Writing Attorney

DATE:  February 16, 2023