IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NUMBER 21-0150 (RJL)** |
| : | |
| **JAMES DOUGLAS RAHM, JR.** : | |
| : | |
| **Defendant.** : | |

# O R D E R

**AND NOW**, this _____ day of _____, 2023, upon consideration of Defense Counsel's Motion to Withdraw as Court Appointed Counsel Pursuant to the Criminal Justice Act of the District Court for the District of Columbia, it is hereby **ORDERED** that said motion is **GRANTED**. Accordingly, Leigh M. Skipper, Esquire is withdrawn as counsel for Defendant James Douglas Rahm, Jr.

BY THE COURT:

_____
**THE HONORABLE RICHARD J. LEON**
**United States District Judge**

DM1\14155248.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 21-0150 (RJL)** |
| | : | |
| **JAMES DOUGLAS RAHM, JR.** | : | |
| | : | |
| **Defendant.** | : | |

**DEFENSE COUNSEL'S MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT OF THE <u>DISTRICT COURT FOR THE DISTRICT OF COLUMBIA</u>**

Leigh M. Skipper, Esquire, defense counsel undersigned, respectfully moves to withdraw as court appointed counsel in this matter. In support it is stated:

1. On October 13, 2022, Defendant James Douglas Rahm, Jr. was convicted after a stipulated bench trial of felony obstruction of an official proceeding (18 U.S.C. § 1512(c)(2)), misdemeanor entry of a restricted building (18 U.S.C. § 1752(a)(1)), misdemeanor disorderly conduct (18 U.S.C. § 1752(a)(2) and 40 U.S.C. § 5104(e)(2)(D)), and misdemeanor parading (40 U.S.C. § 5104(e)(2)(G)) in relation to the events of January 6, 2021.

2. On January 18, 2023, Mr. Rahm was sentenced to an aggregate twelve months' imprisonment.

3. On January 25, 2023, a timely appeal was filed in the United States Court of Appeals for the District of Columbia Circuit. Said appeal is currently pending.

4. The Federal Community Defender Office for the Eastern District of Pennsylvania represents Mr. Rahm on appeal.

2

5.     Since the trial stage of this matter has concluded, the undersigned respectfully moves to be withdrawn as court appointed counsel for Defendant James Douglas Rahm, Jr.

**WHEREFORE**, for the above-stated reasons, undersigned counsel respectfully requests that this motion to withdraw be granted.

Respectfully Submitted,

/s/ Leigh M. Skipper
LEIGH M. SKIPPER

## CERTIFICATE OF SERVICE

  I, Leigh M. Skipper, Esquire, hereby certify that I have electronically filed and served a copy of Defense Counsel's Motion to Withdraw as Court Appointed Counsel Pursuant to the Criminal Justice Act of the District Court for the District of Columbia upon all parties of record via this Court's Electronic Case Filing (ECF) system.

              /s/ Leigh M. Skipper
              LEIGH M. SKIPPER

DATE:  May 17, 2023